UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHRISTEN WILLIFORD,**

    **Plaintiff,**

**v.**                                                   **Case No: 5:16-cv-734-Oc-34PRL**

**ARLINGTON RIDGE RESTAURANT
MANAGEMENT LLC**

    **Defendant.**

---

## ORDER

This case, brought under the Fair Labor Standards Act, 29 U.S C. § 209 et seq., was removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441, and is now before the Court on Defendant's motion to compel, filed August 10, 2017. (Doc. 11).

On January 27, 2017, the Court entered a Case Management and Scheduling Order. (Doc. 8). On April 28, 2017, Defendant served Plaintiff with its First Request for Production (Doc. 11-1), and on May 1, 2017, Defendant served Plaintiff with Defendant's First Set of Interrogatories (Doc. 11-2). Defendant recites that, despite numerous attempts to contact Plaintiff's counsel, including two emails, phone calls and voicemail messages, Plaintiff has not provided any discovery responses nor any communication concerning the requested discovery. (Doc. 11, ¶ 10). Further, Plaintiff has not filed a response to Defendant's motion to compel, and the time for doing so has expired.

Accordingly, pursuant to Fed. R. Civ. P. 37(a)(3)(B), Defendant's motion (Doc. 11) is **GRANTED**. On or before **September 14, 2017**, Plaintiff shall serve their responses to

Defendant's First Set of Interrogatories and Defendant's First Request for Production, and shall produce all documents responsive to the production request.

Further, given Plaintiff's failure to respond to the discovery requests and failure to file any response to Defendant's motion to compel, it appears that Defendant is likely entitled to its reasonable expenses incurred in making the motion, including attorney's fees, as provided in Rule 37(a)(5). Defendant may file an appropriate motion detailing those expenses, following which Plaintiff shall respond within 14 days.

**DONE** and **ORDERED** in Ocala, Florida on August 30, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties